**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>   Debtor. | SIPA LIQUIDATION<br>Adv. Pro. No. 08-01789 (BRL)<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation<br>of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>JRAG, LLC, and TESUJI PARTNERS, LLC,<br><br>   Defendants. | Adv. Pro. No. 10-04334<br><br><br>Case No. 12-cv-02876<br>ECF Case<br>Electronically Filed |

## <u>NOTICE OF APPEARANCE</u>

   Please take notice that the undersigned hereby appears as counsel for Irving H. Picard,

Esq., as Trustee for the substantively consolidated liquidation of the business of Bernard L.

Madoff Investment Securities LLC and the estate of Bernard L. Madoff.  All notices given or

required to be given in this case and all papers filed in this case shall be served upon the

undersigned.

I certify that I am admitted to practice in this Court.

Dated:  New York, New York
      April 26, 2012

/s/ *Oren J. Warshavsky*

Oren J. Warshavsky
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: owarshavsky@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, as*
*Trustee for the Substantively Consolidated*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L.*
*Madoff*

300243973